# Court of Appeals
# of the State of Georgia

ATLANTA,__May 15, 2024_____

*The Court of Appeals hereby passes the following order:*

## A24A1425. EDDIE EDWIN LUECHTEFELD v. THE STATE.

In this prosecution for aggravated child molestation and other related charges, defendant Eddie Luechtefeld filed a pro se notice of appeal, purportedly seeking to appeal a "judgment of denial of dismissal entered on April 09, 2024." However, no order addressing the dismissal of this case this case appears in the trial court record, and the only order entered on April 9, 2024, denied Luechtefeld's request for pretrial bond. To the extent that Luechtefeld seeks to appeal that order, we lack jurisdiction.

Because this case remains pending before the trial court, Luechtefeld was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the order denying his request for pretrial bond. See OCGA § 5-6-34 (b); *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). Absent an order subject to a direct appeal, there is nothing for this Court to review at this time. This direct appeal is therefore DISMISSED for lack of jurisdiction. See *Mullinax*, 271 Ga. at 112 (1); *Howard*, 194 Ga. App. at 857.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__05/15/2024_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.